

# Fischer Law, P.L.

Jason A. Fischer, Esq.
Licensed to Practice in Florida and California

April 30, 2019

*MC 19-54 Fee paid*

*2019 MAY -8 PM 1:26 FILED*

**Via Federal Express (Tracking No. 775100505289)**

Clerk of Court
United States District Court
Central District of California
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

    Re:   *In re. Traffic F, s.r.o.: DMCA Subpoena
Commanding Production by NameCheap*
<u>New Miscellaneous Case Filing</u>

Dear Sir or Madam:

    Title 17 of the United States Code, Section 512(h), specifies that any person authorized to act on behalf of a copyright holder may request the clerk of any United States district court to issue a subpoena to an online service provider for identification of an alleged infringer in accordance with the Digital Millennium Copyright Act ("DMCA").

    This law firm has the privilege of representing Traffic F, s.r.o. (the "Company"), owner of the copyrights in and to certain website content that have been infringed through use of the online services provided by Namecheap, Inc. ("Namecheap"). Enclosed with this letter, you will find a copy of the Company's original notice of alleged infringement to Namecheap. Upon information and belief, a representative of Namecheap having access to the responsible subscriber's identity is located within the jurisdiction of this court.

    In addition to our notice of infringement, you will also find a proposed subpoena and the required affidavit concerning use of the information sought. Pursuant to the DMCA, we respectfully request that you execute the enclosed subpoena, directing Namecheap's records custodian to disclose the subscriber's identity, and then use the FedEx prepaid return label provided to return a copy of the signed subpoena to our offices in Miami, Florida. A check in the amount of $47.00 to cover the filing fee to open the miscellaneous case is also enclosed.

Namecheap
April 30, 2019
Page 2 of 2
_____/

      Please feel free to contact the undersigned by phone or email should you require anything more to honor this request. Thank you in advance for your assistance with this matter.

Sincerely,

Jason A. Fischer

Encl.



Jason Fischer <jason@fischerlawpl.com>

---

## Notice of Copyright Infringement
1 message

---

**Jason Fischer** <jason@fischerlawpl.com>  Fri, Apr 26, 2019 at 1:00 PM
To: legal@namecheap.com

Dear Sir or Madam,

We are contacting you in your capacity as hosting provider for the website adsvega.com (IP 199.188.200.143) on behalf of Traffic F, s.r.o. (the "Company"), owner of all copyrights in certain images currently stored on and published from servers under your control.  Below are URLs for these images owned by the Company:
    http://www.adsvega.com/images/profiles/mayara-gb.jpg
    http://www.adsvega.com/images/profiles/marion-gb.jpg
    http://www.adsvega.com/images/profiles/helena-gb.jpg
    http://www.adsvega.com/images/profiles/alla-gb.jpg
    http://www.adsvega.com/images/profiles/deborah-gb.jpg
    http://www.adsvega.com/images/profiles/taka-gb.jpg
    http://www.adsvega.com/images/profiles/yatin-gb.jpg
    http://www.adsvega.com/images/profiles/chenghan-gb.jpg
    http://www.adsvega.com/images/profiles/heidi-gb.jpg


This copyrighted material was captured from the Company's website without permission and has similarly been reproduced and published on adsvega.com without permission.  Accordingly, we respectfully request that you act expeditiously to remove this copyrighted material from public access.

Please accept this communication and my statement, on behalf of the Company, as copyright owner, that I have a good-faith belief that the use of the above-described copyrighted materials is not authorized by the Company, its agent, or the law.  The information in this notification is accurate, and I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of an exclusive right that is infringed.  Should you require additional information, please feel free to contact me by response to this correspondence or at:
    Jason A. Fischer
    Fischer Law, P.L.
    2 South Biscayne Blvd., Suite 2600
    Miami, Florida 33131
    Tel: 305-306-3995
    Fax: 305-397-2772


Please reply to me confirming that this material has been removed from public access.

Thank you for your attention to this matter and your anticipated cooperation.


Yours very truly,

/s/Jason A. Fischer

    By typing "/s/" followed by my name above, I hereby adopt that electronic signature as my own, pursuant to 15 U.S.C. § 7001 (the "ESIGN Act"), and affirmatively consent to its use as such

---

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

# AFFIDAVIT

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before me, the undersigned authority, personally appeared Jason A. Fischer, who is personally known to me, and after being duly sworn, stated:

1. My name is Jason A. Fischer.

2. On April 26, 2019, I prepared and submitted a subpoena (the "Subpoena"), pursuant to 17 U.S.C. § 512(h), to the Clerk of the U.S. District Court for the Central District of California.

3. I do swear under penalty of perjury that the Subpoena sought is to obtain the identity of an alleged copyright infringer and that such information will only be used for the purpose of protecting the copyrights of Traffic F, s.r.o.

4. I have personal knowledge of all facts set forth in this Affidavit.

5. The facts set forth in this Affidavit are true and correct.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
JASON A. FISCHER

SWORN TO AND SUBSCRIBED before me on May 1, 2019, by Jason A. Fischer, who is personally known to me.

VALERY ACUNA
Notary Public - State of Florida
Commission # FF 946526
My Comm. Expires Dec 28, 2019
Bonded through National Notary Assn.

Notary Public

Print Name: Valery Acuna



