AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Traffic F, s.r.o. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. MC 19-54 |
| Namecheap, Inc. | ) |
| _Defendant_ | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Records Custodian
Namecheap, Inc.

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Those documents and things described in Exhibit A hereto

| Place: Fischer Law, P.L.<br>2 South Biscayne Blvd., Suite 2600<br>Miami, Florida 33131 | Date and Time: |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-8-19

_____    OR    _____
_Signature of Clerk or Deputy Clerk_           _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Traffic F, s.r.o. , who issues or requests this subpoena, are:

Jason A. Fischer, 2 South Biscayne Blvd., Suite 2600, Miami, Florida 33131; jason@fischerlawpl.com; 305-306-3995

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re Traffic F, s.r.o.:
DMCA Subpoena Commanding                    Case No. _____
Production by Namecheap, Inc.

_____ /

**EXHIBIT A**
**to Subpoena Commanding Production by Namecheap, Inc.**

Items and information requested pursuant to this subpoena are any and all information in your possession pertaining to the identity of the individuals who posted the images and content previously available on the following URLS:

> http://www.adsvega.com/images/profiles/mayara-gb.jpg
> http://www.adsvega.com/images/profiles/marion-gb.jpg
> http://www.adsvega.com/images/profiles/helena-gb.jpg
> http://www.adsvega.com/images/profiles/alla-gb.jpg
> http://www.adsvega.com/images/profiles/deborah-gb.jpg
> http://www.adsvega.com/images/profiles/taka-gb.jpg
> http://www.adsvega.com/images/profiles/yatin-gb.jpg
> http://www.adsvega.com/images/profiles/chenghan-gb.jpg
> http://www.adsvega.com/images/profiles/heidi-gb.jpg

The information requested herein includes but is not limited to:

1. The individuals' names;

2. The individuals' addresses;

3. The individuals' phone numbers;

4. The individuals' email addresses;

5. Billing information for individuals' account; and

6. The physical address and phone number of the individuals' business.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc.: